**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ALIESKY PEREZ-MANLEE,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-001509-DB** |
| | § | |
| **WARDEN,** *ERO El Paso Camp East, et al.,* | § | |
| **Respondents.** | § | |
| | § | |

### ORDER

On this day, the Court considered the above-captioned case. On June 22, 2026, Respondents filed a "Joint Notice," ECF No. 9, wherein they advise they conferred with *pro se* Petitioner Aliesky Perez-Manlee regarding remaining issues in this case including:

> Petitioner only speaks Spanish. The undersigned had a co worker who speaks Spanish (but who is not a certified translator) then call Petitioner, and the co worker reports Petitioner has issues with the fact that after having been released on bond, he is required to wear an ankle monitor. From Respondents' perspective, there is nothing further to litigate, since neither the Court's Order (ECF No 5) nor the Bond Order (ECF No. 8-1) contain any limitations on conditions of release under bond.

ECF No. 9 at 1. On June 9, 2026, an immigration judge granted Petitioner release from custody under bond of $4,000 with no additional conditions of release. ECF No. 8-1 at 1. It appears Respondents nonetheless imposed an ankle monitor on Petitioner upon release. ECF No. 9 at 1. Petitioner's case is materially indistinguishable from other cases in which this Court has determined ICE's imposition of additional conditions of release that are not imposed in an immigration judge's written order is unlawful. *See Rodriguez Muniz v. Noem,* No. EP-25-CV-00671-DB, 2026 WL 803134 (W.D. Tex. March 6, 2026). After due consideration of the facts and applicable law, the same result is warranted in this case.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL IMMEDIATELY REMOVE** Petitioner's ankle monitor, and all other conditions of release not imposed in the immigration judge's order, dated June 9, 2026, ECF No. 8-1.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a notice informing the Court of its compliance with the preceding order **no later than July 24, 2026**.

**IT IS FINALLY ORDERED** the parties **SHALL CONFER AND FILE** a notice of whether any issues remain to be resolved in this case **no later than July 28, 2026.**

**SIGNED** this **20th** day of **July 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**